J. E. Bartlett, Appellant, v. M. M. Miller and G. C. Miller, Co-partners as Miller Brothers, Appellees.

An Appeal from the Circuit Court for the County of Charlotte.

Appeal dismissed on motion of counsel for Appellant.

*Treadwell & Treadwell,* for Appellant;

*H. L. Anderson,* for Appellees.

Edward C. Allen, Appellant, v. The City of St. Petersburg, a municipal corporation, and The State of Florida, Appellees. No. 3438 Ch.

An Appeal from the Circuit Court for the County of Pinellas.

Appeal dismissed on motion of counsel for Appellant.

*S. H. Harris,* for Appellant.

Edward C. Allen, Appellant, v. The City of St. Petersburg, a municipal corporation, and The State of Florida, Appellees. No. 3439 Ch.

An Appeal from the Circuit Court for the County of Pinellas.